Argued August 23, affirmed August 23, petition for rehearing
denied September 14, petition for review
denied October 25, 1972

STATE OF OREGON, *Respondent, v.* TOLLY
RICARDO WILLIAMS (No. 71 3181), *Appellant.*

500 P2d 277

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.